UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ROBERT D. SANGO,

        Plaintiff,

v.

UNKNOWN NAEYAERT et al.,

        Defendants.
_____/

Case No. 2:22-cv-153

Honorable Hala Y. Jarbou

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. In an opinion and order (ECF Nos. 7 and 8) entered on August 19, 2022, the Court directed Plaintiff to show cause why he should not be barred from proceeding *in forma pauperis* in this matter due to the fact that he has accumulated "three strikes" pursuant to 28 U.S.C. § 1915(g). Alternatively, the Court told Plaintiff that he could pay the required $402.00 filing fee. Plaintiff responded to the Court's opinion and order by filing a motion for a preliminary injunction and temporary restraining order, a motion to show cause, and a declaration. (ECF Nos. 9, 10, 11.) In an order and judgment (ECF Nos. 13 and 14) entered on September 15, 2022, the Court concluded that Plaintiff had failed to demonstrate cause why he should not be barred from proceeding *in forma pauperis* and dismissed this action without prejudice pursuant to 28 U.S.C. § 1915(g).

Plaintiff has now filed a notice of appeal (ECF No. 15) and a motion for leave to appeal *in forma pauperis* (ECF No. 19). As outlined in the Court's August 19, 2022, opinion and order, Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Accordingly,

2

**IT IS ORDERED** that Plaintiff's motion for leave to appeal *in forma pauperis* (ECF No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $505.00, to the Clerk of this Court. Plaintiff's failure to comply with the order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

Dated: November 1, 2022         /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**